1

2

3

4                                **UNITED STATES DISTRICT COURT**

5                                     **DISTRICT OF NEVADA**

6

7   UNITED STATES OF AMERICA,                    )
                                                 )        Case No. 2:14-cr-00033-KJD-CWH
8                          Plaintiff,            )
                                                 )        **ORDER**
9   vs.                                          )
                                                 )
10  ALBERT BENJAMIN CHEE, JR.,                   )
                                                 )
11                         Defendant.            )
    _____ )

12

13          This matter is before the Court on the United States Emergency Motion to Quash

Subpoenas (#22), filed June 16, 2014.  Upon receipt, the Court set the motion on an expedited

14

briefing schedule with the response due on June 23, 2014.  On that date, the parties submitted a

15

stipulation (#24) to permit the response to be filed on June 30, 2014.  The response was not filed on

16

either June 23 or June 30.  Consequently, the emergency motion is unopposed.  "The failure of an

17

opposing party to file points and authorities in response to any motion shall constitute a consent to

18

the granting of the motion."  *See* Local Criminal Rule 47-9.  Accordingly,

19
            **IT IS HEREBY ORDERED** that Emergency Motion to Quash (#22) is **granted**.
20
            DATED: July 7, 2014.
21

22

23

    _____
24  **C.W. Hoffman, Jr.**
    **United States Magistrate Judge**
25

26

27

28