RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Albert Benjamin Chee Jr.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.: 2:14-CR-033-KJD-CWH** |
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL DATES** |
| vs. | (Seventh Request) |
| ALBERT BENJAMIN CHEE JR. , | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and BRENDA WEKSLER, Assistant Federal Public Defender, counsel for ALBERT BENJAMIN CHEE JR., that the calendar call currently scheduled for Tuesday, June 9, 2015 at 9:00 a.m., and the trial currently scheduled for Monday, June 15, 2015, 2014 at 9:00 a.m., be vacated and set to a date and time convenient to this court but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.    The client is in custody but does not oppose the continuance.

2.    Undersigned counsel for the defense has newly received discovery and will need additional time to review and investigate the information presented.

3.    The additional time requested herein is not sought for purposes of delay, but merely to allow the parties to complete necessary trial preparation.

1

4.     Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare, taking into account the exercise of due diligence.

5.     Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6.     This is the seventh stipulation to continue trial dates filed herein.

DATED June 5, 2015

RENE L. VALLADARES                          DANIEL G. BOGDEN
Federal Public Defender                        United States Attorney

By: /s/ Brenda Weksler                          By: /s/ Lisa Cartier-Giroux
    BRENDA WEKSLER,                               LISA CARTIER-GIROUX,
    Assistant Federal Public Defender            Assistant United States Attorney

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **2:14-CR-033-KJD-CWH** |
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |
| vs. | |
| ALBERT BENJAMIN CHEE JR. , | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.     The client is  in custody but does not oppose the continuance.

2.     Undersigned counsel for the defense has newly received discovery and will need additional time to review and investigate the information presented.

3.     The additional time requested herein is not sought for purposes of delay, but merely to allow the parties to complete necessary trial preparation.

4.     Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare, taking into account the exercise of due diligence.

5.     Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6.     This is the seventh  stipulation to continue trial dates filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the motion and trial dates.

3

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, §§ 3161(h)(1)(A), 3161(h)(7) and Title 18 United States Code, § 3161 (h)(7)(A), when considering the facts under Title 18, United States Code, §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

### ORDER

IT IS THEREFORE ORDERED that the calendar call currently scheduled for Tuesday, June 9, 2015 at 9:00 a.m., be vacated and continued to _September 22, 2015_ at the hour of _9:00 am_, and the trial currently scheduled for Monday, June 15, 2015, 2014 at 9:00 a.m., be vacated and continued to _September 28, 2015_ at the hour of _9:00 am_.

DATED _9th_ day of _June_, 2015.

_____
UNITED STATES DISTRICT JUDGE

4