UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:14-cr-00033-KJD-CWH |
| | ) | **ORDER** |
| vs. | ) | |
| ALBERT BENJAMIN CHEE, JR., | ) | |
| Defendant. | ) | |

Presently before the court is interested party Clark County's Emergency Motion to Quash Subpoenas (ECF No. 61), filed on December 9, 2015. The court has reviewed the motion and determined that it does not require emergency treatment given that the trial date is not until April 18, 2016. The court therefore will impose the standard briefing schedule.

IT IS THEREFORE ORDERED that responses to the Clark County's Emergency Motion to Quash Subpoenas (ECF No. 61) must be filed by December 28, 2015.

IT IS FURTHER ORDERED that replies in support of Clark County's Emergency Motion to Quash Subpoenas must be filed by January 7, 2016.

IT IS FURTHER ORDERED that Clark County's deadline to produce documents in response to the subpoenas is STAYED until the court issues an order on Clark County's Emergency Motion to Quash Subpoenas. If the court denies the motion, it will set a new deadline for Clark County to respond to the subpoenas.

DATED: December 11, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**