DANIEL G. BOGDEN
United States Attorney
LISA C. CARTIER GIROUX
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6179
FAX: (702) 388-6418

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ALBERT BENJAMIN CHEE,<br><br>           Defendant. | 2:14-cr-0033-KJD-CWH<br><br>EMERGENCY MOTION TO STAY MAGISTRATE JUDGE'S ORDER DIRECTING THE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES TO TURN OVER IDENTIFIED FAMILY SERVICES FILE AND THE ORDER THAT THE UNITED STATES PROVIDE DEFENSE COUNSEL WITH AN UNREDACTED COPY OF DKT#82-1 (Dkt.#92) |

The United States of America, by Daniel G. Bogden, United States Attorney, and Lisa C. Cartier Giroux Assistant United States Attorney, having entered an appearance in the above-captioned case, respectfully requests, pursuant to Federal Rules of Criminal Procedure 1(c) and 59(a), that the Court enter an Order staying the Magistrate Judge's March 24, 2016 order that the Clark County Department of Family Services turn over the entire child protective services file of the minors SB and MB from December 2011 to present, with the exception of DFS 319, a document purportedly included in error, and DFS 0321-0328, the divorce records of the mother of the children. (Dkt.#92, 2 at 9-15). The United States requests a stay of the order so that the United States can file a timely appeal to the District Court.

1

1   The information contained in the child protective services documents and the 302 that have
2   been ordered to be turned over to defense are of a sensitive and private nature, and the information
3   contained in the DFS records is protected under NRS § 432.B.280, and other authority. Given the
4   sensitive, protected, and private nature of the items that have now been ordered to be produced, the
5   United States respectfully seeks an emergency stay the order so it can file a timely appeal.
6   A proposed Order to stay production of the documents accompanies this filing.
7   Dated this 24th day of March, 2016.

8                                               Respectfully submitted,

9                                               DANIEL G. BOGDEN
                                                United States Attorney
10
                                                 */s/ Lisa C. Cartier Giroux*
11                                              LISA C. CARTIER GIROUX
                                                Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-cr-0033-KJD-CWH |
| Plaintiff, | ORDER STAYING MAGISTRATE JUDGE'S MARCH 24, 2016 ORDER (DKT.#92) |
| vs. | |
| ALBERT BENJAMIN CHEE, | |
| Defendant. | |

### ORDER

The Court being fully advised and at the request of the United States for an Emergency Stay of the Magistrate's March 24, 2016 Order (Doc. #92) that the Clark County Department of Family Services turn over the Family Services file of SB and MB, and that the United States provide defense counsel with an unredacted copy of Dkt.#82-1.

**IT IS HEREBY ORDERED** that the United States' Motion for an Emergency Stay is GRANTED for the United States to file an appeal of the Order to the District Court.

DATED this 25th day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

3

**CERTIFICATE OF SERVICE**

I, Lisa C. Cartier Giroux, do hereby certify that on December 31, 2015, a copy of the attached EMERGENCY MOTION FOR REVIEW OF MAGISTRATE'S ORDER THAT THE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES TURN OVER THE FAMILY SERVICES FILE OF SB AND MB AND THE ORDER THAT THE GOVERNMENT PROVIDE DEFENSE COUNSEL WITH AN UNREDACTED COPY OF DKT#82-1 (Dkts.#92) was sent by electronic mail to the persons hereinafter named, at place and address stated below, which is the last known address:

Brenda Weksler, AFPD
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
702 388 6577
Counsel for defendant Chee

Dated this 24th day of March, 2016

//s//
_____
Lisa C. Cartier Giroux
Assistant United States Attorney

4