# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00033-KJD-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| ALBERT BENJAMIN CHEE, JR., | |
| Defendant. | |

At the hearing held on February 11, 2016, the Court granted Defendant Albert Benjamin Chee Jr.'s Emergency Motion for Issuance of Subpoenas (ECF No. 70) as to the Nevada Division of Child and Family Services. The Court further ordered that documents responsive to the subpoenas must be submitted to chambers for in camera review by February 26, 2016. To date, the Court has not received documents for in camera review. The Court therefore orders that the parties must submit a joint status report regarding these subpoenas by April 8, 2016.

IT IS SO ORDERED.

DATED: March 28, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**