# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALBERT BENJAMIN CHEE, JR.,<br><br>　　　　　Defendant. | Case No. 2:14-cr-00033-KJD-CWH<br><br>**ORDER** |

　　　　Presently before the Court is Defendant Albert Benjamin Chee, Jr.'s Response to the Government's Motion to Stay the Magistrate Judge's Order, Motion to Reconsider March 25, 2016 Order or, in the Alternative, Request for Scheduling Order (ECF No. 97), filed on April 7, 2016. To the extent Defendant requests that the Court reconsider its Order (ECF No. 95) dated March 25, 2016, which grants the Government's motion to stay disclosure of the Department of Family Services file pending the Government's appeal to the District Judge, the request is denied. To the extent Defendant requests a scheduling order for the appeal, the request is denied as moot given that the Government filed its objection (ECF No. 98) on April 7, 2016. The Court's local rules govern the briefing schedule of the objection.

　　　　IT IS SO ORDERED.

　　　　DATED: April 8, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**C.W. Hoffman, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**