# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-cr-00033-KJD-CWH |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ALBERT BENJAMIN CHEE, JR., ) | |
| Defendant. ) | |

Presently before the Court is Defendant Albert Benjamin Chee, Jr.'s Emergency Motion for Issuance of Subpoenas (ECF No. 112), filed on May 25, 2016. Given the upcoming trial date, the Court will consider this motion on an expedited schedule.

IT IS THEREFORE ORDERED that responses to Defendant Albert Benjamin Chee, Jr.'s Emergency Motion for Issuance of Subpoenas (ECF No. 112) are due by June 3, 2016. Replies in support of the motion are due by June 8, 2016.

DATED: May 26, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**