# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-cr-0033-KJD-CWH |
| Plaintiff, | ORDER STAYING MAGISTRATE JUDGE'S JUNE 10, 2016 ORDER (DKT.#116) |
| vs. | |
| ALBERT BENJAMIN CHEE, | |
| Defendant. | |

## ORDER

The Court being fully advised and at the request of the United States for an Emergency Stay of the Magistrate's June 10, 2016 Order (Doc. #116) that subpoenas issue for the Clark County School records of S.B. and M.B. which would include Special Education Confidential Folders, Multi-Disciplinary Team Reports, and Individualized Education Plans.

**IT IS HEREBY ORDERED** that the United States' Motion for an Emergency Stay is GRANTED for the United States to file an appeal of the Order to the District Court. Appeal due by June 15, 2016. Answer due June 20, 2016.

DATED this 10th day of _____ June _____, 2016.

_____
HON. KENT J. DAWSON
DISTRICT JUDGE